IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, MICHAEL LEE RUSSELL,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL LEE RUSSELL, | ) Case No.: CV  16-02972 GJS |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) AWARDING EAJA FEES |
| | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) ALKA SAGAR |
| | ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS (**$5,300.00**) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.


DATED:  September 27, 2017          / s / Alka Sagar

HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE